**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| REFUGIO AGUIRRE-GOMEZ; et al., | No. 10-72023 |
| Petitioners, | Agency Nos. A073-929-291 |
|  | A073-929-292 |
| v. | A073-929-293 |
| ERIC H. HOLDER, Jr., Attorney General, |  |
|  | MEMORANDUM[*] |
| Respondent. |  |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011[**]

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Refugio Aguirre-Gomez, Miriam Aguirre, and their minor child, natives and

citizens of Mexico, petition for review of the Board of Immigration Appeals'

("BIA") order denying their motion to reopen. We have jurisdiction under

8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

reopen, *Singh v. Gonzales*, 491 F.3d 1090, 1095 (9th Cir. 2007), and we deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen as untimely because the motion was filed 14 years after the September 8, 1995, deportation order, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to establish the due diligence required for equitable tolling, *see Singh,* 491 F.3d at 1096-97.

We need not consider petitioners' remaining contentions in light of our disposition.

**PETITION FOR REVIEW DENIED.**